# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ARGENTO,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>SYLVANIA LIGHTING SERVICES CORP., et al,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-01277-JAD-NJK<br><br>ORDER |

Pending before the Court is Plaintiff's motion to transfer pursuant to Rule 45(f), and motion to compel. Docket Nos. 15, 16. The Court hereby **ORDERS** Plaintiff to file, no later than August 12, 2015, a copy of the disputed subpoena and any responses thereto. *See* Local Rule 26-7(a). In addition, it appears that the disputed subpoena in this case is the same subpoena that was in dispute in the motion for protective order previously ruled upon in the District of Arizona on August 24, 2014. The Court hereby **ORDERS** Plaintiff's counsel to file, no later than August 12, 2015, a declaration clearly stating whether the subpoena at issue in this dispute is the same subpoena already reviewed in the above order.

IT IS SO ORDERED.

Dated: August 11, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE