# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:15−cv−01277−JAD−NJK

| | |
|---|---|
| Argento v. Sylvania Lighting Services Corp. | Date Filed: 06/18/2015 |
| Assigned to: Judge Jennifer A. Dorsey | Jury Demand: None |
| Referred to: Magistrate Judge Nancy J. Koppe | Nature of Suit: 710 Labor: Fair Standards |
| Case:  2:15−ms−00045 | Jurisdiction: Federal Question |
| Cause: Civil Miscellaneous Case | |

**Plaintiff**

**Ronald Argento**  represented by  **Isaac P. Hernandez**
Hernandez Law Firm, PLC
10640 N. 28th Drive, Ste. B202
Phoenix, AZ 85029
302−753−2933
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A Urban**
Laquer, Urban, Clifford &Hodge LLP
4270 South Decatur Blvd.
Suite A−9
Las Vegas, NV 89103
702−968−8087
Fax: 702−968−8088
Email: murban@theurbanlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sylvania Lighting Services Corp.**  represented by  **Howard E. Cole**
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702−949−8200
Fax: 702−949−8398
Email: hcole@LRRLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Y. Trankiem**
REED SMITH LLP
355 South Grand Ave, Ste 2900
Los Angeles, CA 90071
213−457−8000
Fax: 213−457−8080
Email: jtrankiem@reedsmith.com
*LEAD ATTORNEY*

                    *PRO HAC VICE*
                    *ATTORNEY TO BE NOTICED*

**Michele J. Beilke**
Reed Smith
355 South Grand Ave
Suite 2900
Los Angeles, CA 90071
213−457−8000
Fax: 213−457−8080
Email: mbeilke@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Hostetler**
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway
Las Vegas, NV 89169
702−474−2624
Email: jhostetler@lrrlaw.com
*TERMINATED: 07/22/2015*

**Objector**

**Clark County School District**    represented by    **Alan J. Lefebvre**
Kolesar &Leatham
400 South Rampart Boulevard
3320 West Sahara Avenue, Suite 380
Suite 400
Las Vegas, NV 89145
702−362−7800
Fax: 702−362−9472
Email: alefebvre@klnevada.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D. Schuller**
Kolesar &Leatham
400 S. Rampart Blvd.
Suite 400
Las Vegas, NV 89145
702−362−7800
Fax: 702−362−9472
Email: wschuller@klnevada.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2015 | Ï 1 | MOTION to Compel by Plaintiff Ronald Argento. Responses due by 7/5/2015. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order)(Urban, Michael) (Entered: 06/18/2015) |
| 06/18/2015 | Ï 2 | MOTION to Transfer by Plaintiff Ronald Argento. Responses due by 7/5/2015. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order)(Urban, Michael) (Entered: 06/18/2015) |
| 06/18/2015 | Ï 3 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Isaac P. Hernandez and DESIGNATION of Local Counsel Michael A. Urban (Filing fee $ 250 receipt number 0978−3706320) filed by Plaintiff Ronald Argento . (Urban, Michael) (Entered: 06/18/2015) |
| 07/06/2015 | Ï 4 | **RESPONSE** to 1 Motion to Compel and Objection to Plaintiffs' Subpoena filed by Objector Clark County School District. (Schuller, William) **Modified to reflect correct event on 7/6/2015 (DKJ).** (Entered: 07/06/2015) |
| 07/06/2015 | Ï 5 | RESPONSE to 2 Motion to Transfer, filed by Objector Clark County School District. Replies due by 7/16/2015. (Schuller, William) (Entered: 07/06/2015) |
| 07/06/2015 | Ï 6 | RESPONSE to 2 Motion to Transfer, filed by Defendant Sylvania Lighting Services Corp.. Replies due by 7/16/2015. (Hostetler, Jennifer) (Entered: 07/06/2015) |
| 07/06/2015 | Ï 7 | RESPONSE to 1 Motion to Compel, filed by Defendant Sylvania Lighting Services Corp.. Replies due by 7/16/2015. (Hostetler, Jennifer) (Entered: 07/06/2015) |
| 07/06/2015 | Ï 8 | NOTICE that this case, formerly Misc. Case No. 15−ms−00045, having become a contested proceeding on 7/6/2015 this action has been converted to the regular civil docket and has been assigned case number 15−cv−01277−JAD−NJK. All future pleadings must be filed in the civil action and must bear said civil case number. **(no image attached)** (DKJ) (Entered: 07/06/2015) |
| 07/07/2015 | Ï 9 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Michele J. Beilke and DESIGNATION of Local Counsel Jennifer K. Hostetler (Filing fee $ 250 receipt number 0978−3727209) filed by Defendant Sylvania Lighting Services Corp. . (Hostetler, Jennifer) (Entered: 07/07/2015) |
| 07/07/2015 | ï 10 | ORDER Denying without Prejudice 2 Motion to Transfer. Signed by Magistrate Judge Nancy J. Koppe on 7/7/2015. (Copies have been distributed pursuant to the NEF − DC) (Entered: 07/07/2015) |
| 07/07/2015 | ï 11 | ORDER Granting 9 Verified Petition for Permission to Practice Pro Hac Vice for Michele J. Beilke as to Sylvania Lighting Services Corp. and approving Jennifer K. Hostetler as Designation of Local Counsel. Signed by Judge Jennifer A. Dorsey on 7/7/2015.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF − DC) (Entered: 07/07/2015) |
| 07/08/2015 | ï 12 | ERRATA to 7 Response to Motion ; filed by Defendant Sylvania Lighting Services Corp.. (Attachments: # 1 Exhibit A)(Hostetler, Jennifer) (Entered: 07/08/2015) |
| 07/08/2015 | ï 13 | VERIFIED PETITION for Permission to Practice Pro Hac Vice by Julia Y. Trankiem and DESIGNATION of Local Counsel Jennifer K. Hostetler (Filing fee $ 250 receipt number 0978−3728926) filed by Defendant Sylvania Lighting Services Corp. . (Hostetler, Jennifer) (Entered: 07/08/2015) |
| 07/08/2015 | ï 14 | ORDER Granting 13 Verified Petition for Permission to Practice Pro Hac Vice for Julia Y. Trankiem as to Sylvania Lighting Services Corp. and approving Jennifer K. Hostetler as Designation of Local Counsel. Signed by Judge Jennifer A. Dorsey on 7/8/2015.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF − DC) (Entered: 07/09/2015) |
| 07/14/2015 | ï 15 | MOTION to Compel by Plaintiff Ronald Argento. Responses due by 7/31/2015. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order)(Urban, Michael) (Entered: |

| | | |
|---|---|---|
| | | 07/14/2015) |
| 07/14/2015 | 16 | MOTION to Transfer by Plaintiff Ronald Argento. Responses due by 7/31/2015. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Proposed Order)(Urban, Michael) (Entered: 07/14/2015) |
| 07/22/2015 | 17 | NOTICE of Change of Attorney on behalf of Defendant Sylvania Lighting Services Corp.. (Cole, Howard) (Entered: 07/22/2015) |
| 07/28/2015 | 18 | ORDER Granting 3 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Isaac P. Hernandez for Ronald Argento and approving Designation of Local Counsel Michael Urban. Signed by Judge Jennifer A. Dorsey on 7/28/15.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – TR) (Entered: 07/28/2015) |
| 07/31/2015 | 19 | OBJECTION to 15 Motion to Compel; filed by Objector Clark County School District. (Schuller, William) (Entered: 07/31/2015) |
| 07/31/2015 | 20 | RESPONSE to 16 Motion to Transfer, filed by Objector Clark County School District. Replies due by 8/10/2015. (Schuller, William) (Entered: 07/31/2015) |
| 07/31/2015 | 21 | RESPONSE to 16 Motion to Transfer, filed by Defendant Sylvania Lighting Services Corp.. Replies due by 8/10/2015. (Trankiem, Julia) **Corrected image 23 attached on 8/6/2015 (RFJ).** (Entered: 07/31/2015) |
| 07/31/2015 | 22 | RESPONSE to 15 Motion to Compel, filed by Defendant Sylvania Lighting Services Corp.. Replies due by 8/10/2015. (Trankiem, Julia) **Corrected image 24 attached on 8/6/2015 (RFJ).** (Entered: 07/31/2015) |
| 08/05/2015 | 23 | NOTICE of Corrected Image/Document re 21 Response to Motion by Defendant Sylvania Lighting Services Corp.. (Service of corrected image is attached). (Trankiem, Julia) (Entered: 08/05/2015) |
| 08/05/2015 | 24 | NOTICE of Corrected Image/Document re 22 Response to Motion by Defendant Sylvania Lighting Services Corp.. (Service of corrected image is attached). (Trankiem, Julia) (Entered: 08/05/2015) |
| 08/10/2015 | 25 | REPLY to Response to 15 Motion to Compel filed by Plaintiff Ronald Argento. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hernandez, Isaac) (Entered: 08/10/2015) |
| 08/10/2015 | 26 | REPLY to Response to 16 Motion to Transfer filed by Plaintiff Ronald Argento. (Hernandez, Isaac) (Entered: 08/10/2015) |
| 08/11/2015 | 27 | ORDER. The Court hereby ORDERS Plaintiff to file, no later than August 12, 2015, a copy of the disputed subpoena and any responses thereto. The Court hereby ORDERS Plaintiffs counsel to file, no later than August 12, 2015, a declaration clearly stating whether the subpoena at issue in this dispute is the same subpoena already reviewed in the above order. Signed by Magistrate Judge Nancy J. Koppe on 8/11/15. (Copies have been distributed pursuant to the NEF – TR) (Entered: 08/11/2015) |
| 08/12/2015 | 28 | NOTICE re 27 Order, filed by Ronald Argento. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hernandez, Isaac) (Entered: 08/12/2015) |
| 08/18/2015 | 29 | ORDER that 16 Motion to Transfer is GRANTED. The Clerk's Office is further DIRECTED to administratively close this case. Signed by Magistrate Judge Nancy J. Koppe on 8/18/15. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 08/18/2015) |